# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SHABBONA MASONRY, INC   §   Case No. 07-23204
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 03/16/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/08/2012　　　By: /s/DEBORAH K. EBNER
　　　　　　　　　　　　　　　　　　　　　　Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SHABBONA MASONRY, INC   §   Case No. 07-23204
§
§
Debtor(s)   §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 21,259.16 |
| *and approved disbursements of* | $ 403.30 |
| *leaving a balance on hand of* [1] | $ 20,855.86 |
| **Balance on hand:** | $ 20,855.86 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 20,855.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 2,875.92 | 0.00 | 2,875.92 |
| Trustee, Expenses - DEBORAH K. EBNER | 96.33 | 0.00 | 96.33 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 1,900.00 | 0.00 | 1,900.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,872.25 |
| Remaining balance: | $ 15,983.61 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 15,983.61 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $49,955.85 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Bricklayers and Allied Craftworkers Local 74 of IL | 30,876.57 | 0.00 | 9,879.10 |
| 12P | Laborers Pension and Welfare Funds | 19,079.28 | 0.00 | 6,104.51 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 15,983.61 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 131,310.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Frankenmuth Mutual Insurance Co. | 1,996.83 | 0.00 | 0.00 |
| 3 | Illinois Brick Co. | 23,445.04 | 0.00 | 0.00 |
| 4 | Concrete Clinic | 3,687.81 | 0.00 | 0.00 |
| 5 | Werden Buck Co. | 1,855.00 | 0.00 | 0.00 |
| 6 | Wells Fargo Bank | 47,941.87 | 0.00 | 0.00 |
| 8 | American Express Bank FSB | 29,452.77 | 0.00 | 0.00 |
| 9 | American Express Bank FSB | 1,190.82 | 0.00 | 0.00 |
| 10 | American Express Bank FSB | 6,138.33 | 0.00 | 0.00 |
| 12U | Laborers Pension and Welfare Funds | 12,024.46 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 13 | Advanta Bank Corp | 1,069.49 | 0.00 | 0.00 |
| 14 | eCAST Settlement Corporation | 2,507.58 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                      Case No. 07-23204-BWB
Shabbona Masonry Inc                                        Chapter 7
      Debtor                      CERTIFICATE OF NOTICE

District/off: 0752-1         User: choward             Page 1 of 3         Date Rcvd: Feb 09, 2012
                             Form ID: pdf006           Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2012.
db          +Shabbona Masonry Inc,    4465 W Shabbona Rd,     Morris, IL 60450-8102
11804065     AT&T Yellow Pages,    DEX,    8519 Innovation Way,    Chicago, IL 60682-0085
12177527     Advanta Bank Corp,    c o Becket and Lee LLP,     POB 3001,    Malvern PA 19355-0701
11804061     American Express,    PO Box 0001,    Los Angeles, CA 90096-0001
11804060     American Express,    PO Box 0001,    Los Angelos, CA 90096-0001
11804062     American Express,    PO Box 297879,    Ft. Lauderdale, FL 33329-7879
11804059     American Express Bank FSB,     P O Box 3001,    Malvern PA 19355-0701
12112637     American Express Bank FSB,     c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11804064     At&T,   PO Box 8100,    Aurora, IL 60507-8100
11804066     Bank of America,    Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
11804070     Bank of America,    PO Box 15710,    Wilmington, DE 19886-5710
11804068     Bank of America,    PO Box 2759,    Jacksonville, IL
11804067    +Bank of America NA,    PO Box 26012,    NC4-108-03-14,    Greensboro NC 27420-6012
11804071    +Bracing Systems - North,    PO Box 517,    Bloomingdale, IL 60108-0517
11804072     Bricklayers Local #74,    Benefit Account,     2340 S. River Rd., Suite 303,
              Des Plaines, IL 60018-3224
11804073    +California Contractor Supplies, Inc.,     7729 Burnet Ave.,    Van Nuys, CA 91405-1078
11804074     Capital One,    PO Box 105131,    Atlanta, GA 30348-5131
11804075     Chase Cardmember Service,     PO Box 15153,    Wilmington, DE 19886-5153
11804078    +GMAC,   PO Box 10729,    Midland, TX 79702-0729
11804079    +HSBC Business Solutions,    PO Box 4160,     Carol Stream, IL 60197-4160
11804080     Illinois Brick Co.,    1300 West Lincoln Hwy.,     New Lenox, IL 60451-1644
11804081     Laborers Pension & Welfare Fund,     33367 Treasury Center,    Chicago, IL 60694-3300
12171183     Laborers Pension and Welfare Funds,     Charles Ingrassia, Laborers' Pension,    and Welfare Funds,
               111 W Jackson Blvd Ste 1415,    Chicago IL 60604-3868
11804082     Lance Construction Supplies, Inc.,     4225 W. Ogden Ave.,    Chicago, IL 60623-2977
11804083     Menards,    HSBC Business Solutions,    PO Box 5219,    Carol Stream, IL 60197-5219
11804084    +Narvick Bros. Lumber Co.,    1037 Armstrong St.,     Morris, IL 60450-1994
11804085    +Northfield Block Co.,    14377 Collections Center Dr.,     Chicago, IL 60693-0143
11804086     Packaged Concrete, Inc.,    1S 950 S. Lorang Rd.,     Elburn, IL 60119
11804087     Patricia Johnson,    4465 W Shabbona Rd, Morris IL 60450
11804091     Rodney Johnson,    4465 W Shabbona Rd Morris IL 60450
11804092    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,     PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint/Nextel,      PO Box 4191,   Carol Stream, IL 60197-4191)
11804093    +Tailored Foam, Inc.,    PO Box 130,    Island Lake, IL 60042-0130
11804094    +Wells Fargo Bank,    PO Box 53476,    Phoenix AZ 85072-3476
11804095     Werden Buck Co.,    55 E. Webster,    Joliet, IL 60432-4052
12378712    +eCAST Settlement Corporation,    Assignee of HSBC Bank Nevada, N.A.,     (Menards),
              Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,     Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11804077     E-mail/Text: ebn@fmins.com Feb 10 2012 01:57:58     Frankenmuth Mutual Insurance Co.,
              One Mutual Ave.,    Frankenmuth, MI 48787-0001
11804089     E-mail/Text: CustomerNoticesEast@dexknows.com Feb 10 2012 01:57:47     RH Donnelley,
              8519 Innovation Way,    Chicago, IL 60682-0085
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11804063*    American Express,    PO Box 297879,    Ft. Lauderdale, FL 33329-7879
12112638*    American Express Bank FSB,    c o Becket and Lee LLP,     POB 3001,   Malvern PA 19355-0701
12112639*    American Express Bank FSB,    c o Becket and Lee LLP,     POB 3001,   Malvern PA 19355-0701
11804058    ##Adanta Bank Corp.,    PO Box 8088,    Philadelphia, PA 19101-8088
11804069    ##Bank of America,    PO Box 17322,    Baltimore, MD 21297-1322
12073407    ##+Bricklayers and Allied Craftworkers Local 74 of IL,      415 E. Plaza Drive,
               Westmont, IL 60559-1233,    c/o Shane Luedke, Arnold and Kadjan
11804076    ##+Concrete Clinic,    13089 Main St.,    Lemont, IL 60439-9373
11804088    ##+Prairie Material,    7601 W. 79th St.,     PO Box 1123,   Bridgeview, IL 60455-0123
11804090    ##Robinson Brick Co.,    PO Box 5046,    Denver, CO 80217-5046
                                                                                  TOTALS: 0, * 3, ## 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: choward              Page 2 of 3              Date Rcvd: Feb 09, 2012
                               Form ID: pdf006            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2012**                **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: choward              Page 3 of 3                   Date Rcvd: Feb 09, 2012
                              Form ID: pdf006            Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2012 at the address(es) listed below:

      Charles  Ingrassia    on behalf of Creditor   Laborers Pension Fund & Laborers Welfare charlesi@chilpwf.com
      Connie J Lambert    on behalf of Trustee Deborah Kanner Ebner cjlambert@deborahebnerlaw.com
      David S Adduce    on behalf of Creditor   Bank of America, N.A. dadduce@komdr.com
      Deborah  Kanner Ebner    dkebner@debnertrustee.com, IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;admin.assistant@debnertrustee.com
      Deborah K Ebner    on behalf of Trustee Deborah Kanner Ebner dkebner@deborahebnerlaw.com, sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
      Gary R Garretson    on behalf of Debtor   Shabbona Masonry Inc ggarrets@hotmail.com, ggarrets@uti.com;jdurkee1@hotmail.com
      John  Hamada    on behalf of Creditor   Laborers Pension Fund & Laborers Welfare johnhamada@gmail.com, johnh@chilpwf.com;vedranaa@chilpwf.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                               TOTAL: 8

Case 07-23204   Doc 41   Filed 02/09/12   Entered 02/11/12 23:29:29   Desc Imaged
Certificate of Notice    Page 8 of 8