# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: SHABBONA MASONRY, INC

Case No. 07-23204

Chapter   7

_____,

Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00
*(without deducting any secured claims)*

Assets Exempt:  $0.00

Total Distribution to Claimants: $16,173.61

Claims Discharged
Without Payment: $389,518.74

Total Expenses of Administration: $5,085.55

3) Total gross receipts of $    21,259.16    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2** ), yielded net receipts of  $21,259.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $42,207.06 | $39,962.81 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,250.55 | 5,085.55 | 5,085.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 51,858.84 | 49,955.85 | 49,955.85 | 16,173.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 339,788.73 | 131,310.00 | 131,310.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $433,854.63 | $226,479.21 | $186,351.40 | $21,259.16 |

4)  This case was originally filed under Chapter 7 on December 11, 2007. The case was pending for 54 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/29/2012_____   By: _/s/DEBORAH K. EBNER_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Standard Bank | 1129-000 | 17,156.14 |
| Frank Burla and Sons | 1129-000 | 4,057.01 |
| Interest Income | 1270-000 | 46.01 |
| **TOTAL GROSS RECEIPTS** | | $21,259.16 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Packaged Concrete, Inc. | 4110-000 | 6,614.84 | 5,970.84 | 0.00 | 0.00 |
| 11 | Bank of America NA | 4110-000 | 17,796.11 | 33,991.97 | 0.00 | 0.00 |
| NOTFILED | GMAC | 4110-000 | 17,796.11 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $42,207.06 | $39,962.81 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 2,875.92 | 2,875.92 | 2,875.92 |
| DEBORAH K. EBNER | 2200-000 | N/A | 96.33 | 96.33 | 96.33 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 1,900.00 | 1,735.00 | 1,735.00 |
| International Sureties | 2300-000 | N/A | 21.20 | 21.20 | 21.20 |
| International Sureties | 2300-000 | N/A | 18.94 | 18.94 | 18.94 |
| International Sureties | 2300-000 | N/A | 79.80 | 79.80 | 79.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.54 | 40.54 | 40.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.14 | 49.14 | 49.14 |
| The Bank of New York Mellon | 2600-000 | N/A | -1.45 | -1.45 | -1.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.25 | 43.25 | 43.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.73 | 41.73 | 41.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.15 | 35.15 | 35.15 |
| The Bank of New York Mellon | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,250.55 | $5,085.55 | $5,085.55 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Bricklayers and Allied Craftworkers Local 74 of IL | 5400-000 | 34,718.62 | 30,876.57 | 30,876.57 | 9,996.54 |
| 12P | Laborers Pension and Welfare Funds | 5400-000 | 17,140.22 | 19,079.28 | 19,079.28 | 6,177.07 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $51,858.84 | $49,955.85 | $49,955.85 | $16,173.61 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Frankenmuth Mutual Insurance Co. | 7100-000 | 1,996.83 | 1,996.83 | 1,996.83 | 0.00 |
| 3 | Illinois Brick Co. | 7100-000 | 23,140.04 | 23,445.04 | 23,445.04 | 0.00 |
| 4 | Concrete Clinic | 7100-000 | 3,633.31 | 3,687.81 | 3,687.81 | 0.00 |
| 5 | Werden Buck Co. | 7100-000 | 1,855.00 | 1,855.00 | 1,855.00 | 0.00 |
| 6 | Wells Fargo Bank | 7100-000 | 47,962.53 | 47,941.87 | 47,941.87 | 0.00 |
| 8 | American Express Bank FSB | 7100-000 | 26,955.43 | 29,452.77 | 29,452.77 | 0.00 |
| 9 | American Express Bank FSB | 7100-000 | 1,038.71 | 1,190.82 | 1,190.82 | 0.00 |
| 10 | American Express Bank FSB | 7100-000 | 5,579.29 | 6,138.33 | 6,138.33 | 0.00 |
| 12U | Laborers Pension and Welfare Funds | 7100-000 | N/A | 12,024.46 | 12,024.46 | 0.00 |
| 13 | Advanta Bank Corp | 7100-000 | 937.33 | 1,069.49 | 1,069.49 | 0.00 |
| 14 | eCAST Settlement Corporation | 7100-000 | 2,263.76 | 2,507.58 | 2,507.58 | 0.00 |
| NOTFILED | Lance Construction Supplies, Inc. | 7100-000 | 6,438.79 | N/A | N/A | 0.00 |
| NOTFILED | California Contractor Supplies, Inc. | 7100-000 | 217.97 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Business Solutions | 7100-000 | 567.00 | N/A | N/A | 0.00 |
| NOTFILED | Bracing Systems - North | 7100-000 | 6,241.22 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 46,866.10 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 12,437.12 | N/A | N/A | 0.00 |
| NOTFILED | Prairie Material | 7100-000 | 23,357.56 | N/A | N/A | 0.00 |
| NOTFILED | Sprint/Nextel | 7100-000 | 655.39 | N/A | N/A | 0.00 |
| NOTFILED | Tailored Foam, Inc. | 7100-000 | 4,360.00 | N/A | N/A | 0.00 |
| NOTFILED | Robinson Brick Co. | 7100-000 | 1,728.01 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | RH Donnelley | 7100-000 | 999.77 | N/A | N/A | 0.00 |
| NOTFILED | Northfield Block Co. | 7100-000 | 11,207.92 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 36,335.29 | N/A | N/A | 0.00 |
| NOTFILED | Narvick Bros. Lumber Co. | 7100-000 | 1,475.45 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 5,863.21 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Business Card | 7100-000 | 18,152.08 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 36,759.13 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Yellow Pages DEX | 7100-000 | 1,003.58 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 222.00 | N/A | N/A | 0.00 |
| NOTFILED | At&T | 7100-000 | 509.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 1,489.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,540.91 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $339,788.73 | $131,310.00 | $131,310.00 | $0.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07-23204 | **Trustee:** (330480)  DEBORAH K. EBNER |
| **Case Name:** SHABBONA MASONRY, INC | **Filed (f) or Converted (c):** 12/11/07 (f) |
| | **§341(a) Meeting Date:** 01/10/08 |
| **Period Ending:** 05/29/12 | **Claims Bar Date:** 04/29/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Standard Bank | 15,638.00 | 15,638.00 | | 17,156.14 | FA |
| 2 | AR Bex and Sons | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 3 | Carlson Bros Const G Inc. | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 4 | Frank Burla and Sons | 10,000.00 | 10,000.00 | | 4,057.01 | FA |
| 5 | Pat Gleason | 23,500.00 | 23,500.00 | | 0.00 | FA |
| 6 | 2005 Dodge Ram | 11,655.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 46.01 | FA |
| 7 | **Assets    Totals** (Excluding unknown values) | **$163,793.00** | **$152,138.00** | | **$21,259.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is investigating & collecting accounts receivable due estate.  Final report was recently submitted to UST Office 1/2012.  Trustee awaits approval.

**Initial Projected Date Of Final Report (TFR):**    December 30, 2014        **Current Projected Date Of Final Report (TFR):**    February 8, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-23204 |
| Case Name: | SHABBONA MASONRY, INC |
| | |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****53-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/08 | {1} | Shabonna Masonry, Inc | Close out Debtor bank account | 1129-000 | 17,156.14 | | 17,156.14 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.28 | | 17,156.42 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.52 | | 17,159.94 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.18 | | 17,163.12 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.39 | | 17,165.51 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.14 | | 17,167.65 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.18 | | 17,169.83 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.18 | | 17,172.01 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.04 | | 17,174.05 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.25 | | 17,176.30 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.87 | | 17,178.17 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.35 | | 17,179.52 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 17,180.73 |
| 01/22/09 | {4} | Frank Burla & Sons | Settlement Per Order of 1/9/09 | 1129-000 | 4,057.01 | | 21,237.74 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 21,238.46 |
| 02/08/09 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-23204 Voided on 02/08/09 | 2300-000 | | ! 21.20 | 21,217.26 |
| 02/08/09 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-23204 Voided: check issued on 02/08/09 | 2300-000 | | ! -21.20 | 21,238.46 |
| 02/08/09 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #07-23204, 016026455 | 2300-000 | | 21.20 | 21,217.26 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 21,218.06 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 21,218.98 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 21,219.84 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 21,220.67 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 21,221.59 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 21,222.48 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 21,223.37 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 21,224.23 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 21,225.09 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 21,225.98 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 21,226.87 |

Subtotals : $21,248.07    $21.20

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-23204 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | SHABBONA MASONRY, INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****53-65 - Money Market Account |
| Taxpayer ID #: | **-***0201 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/29/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 21,227.70 |
| 02/03/10 | 1003 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #07-23204, #016026455 | 2300-000 | | 18.94 | 21,208.76 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 21,209.56 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.95 | | 21,210.51 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.54 | | 21,211.05 |
| 04/20/10 | | Wire out to BNYM account 9200*****5365 | Wire out to BNYM account 9200*****5365 | 9999-000 | -21,211.05 | | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 40.14 | 40.14 | $0.00 |
| | | | Less: Bank Transfers | | -21,211.05 | 0.00 | |
| | | | Subtotal | | 21,251.19 | 40.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $21,251.19 | $40.14 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 07-23204 | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|
| Case Name: | SHABBONA MASONRY, INC | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******53-65 - Money Market Account |
| Taxpayer ID #: | **-***0201 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/29/12 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******5365 | Wire in from JPMorgan Chase Bank, N.A. account *******5365 | 9999-000 | 21,211.05 | | 21,211.05 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 21,211.49 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.26 | | 21,212.75 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.22 | | 21,213.97 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.27 | | 21,215.24 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.26 | | 21,216.50 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,216.67 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,216.85 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,217.02 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,217.20 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,217.38 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 21,217.54 |
| 03/13/11 | 11004 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #07-23204, # 016026455 | 2300-000 | | 79.80 | 21,137.74 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,137.91 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,138.08 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,138.25 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,138.42 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,138.59 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.54 | 21,098.05 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,098.22 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.14 | 21,049.08 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.45 | 21,050.53 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,050.70 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.25 | 21,007.45 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,007.62 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.73 | 20,965.89 |
| 11/21/11 | | To Account #9200******5366 | | 9999-000 | | 11,000.00 | 9,965.89 |
| 11/22/11 | | To Account #9200******5966 | | 9999-000 | | 9,000.00 | 965.89 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 966.01 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.15 | 930.86 |
| 01/05/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 930.86 |
| 01/05/12 | | To Account #9200******5973 | to close | 9999-000 | | 930.86 | 0.00 |

| | | | | Subtotals : | $21,219.02 | $21,219.02 | |

{} Asset reference(s)

Printed: 05/29/2012 07:56 PM    V.13.02

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-23204 |
| Case Name: | SHABBONA MASONRY, INC |
| | |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******53-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 21,219.02 | 21,219.02 | $0.00 |
| | | | Less: Bank Transfers | | 21,211.05 | 20,930.86 | |
| | | | Subtotal | | 7.97 | 288.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7.97 | $288.16 | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 07-23204 | |
| Case Name: | SHABBONA MASONRY, INC | |
| | | |
| Taxpayer ID #: | **-***0201 | |
| Period Ending: | 05/29/12 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******53-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******5365 | | 9999-000 | 11,000.00 | | 11,000.00 |
| 11/22/11 | | From Account #9200******5367 | | 9999-000 | 550.00 | | 11,550.00 |
| 11/22/11 | | To Account #9200******5367 | | 9999-000 | | 995.00 | 10,555.00 |
| 11/22/11 | | To Account #9200******5368 | | 9999-000 | | 995.00 | 9,560.00 |
| 11/22/11 | | To Account #9200******5369 | | 9999-000 | | 995.00 | 8,565.00 |
| 11/22/11 | | To Account #9200******5370 | | 9999-000 | | 995.00 | 7,570.00 |
| 11/22/11 | | To Account #9200******5371 | | 9999-000 | | 995.00 | 6,575.00 |
| 11/22/11 | | To Account #9200******5372 | | 9999-000 | | 995.00 | 5,580.00 |
| 11/22/11 | | To Account #9200******5373 | | 9999-000 | | 995.00 | 4,585.00 |
| 11/22/11 | | To Account #9200******5374 | | 9999-000 | | 995.00 | 3,590.00 |
| 11/22/11 | | To Account #9200******5375 | | 9999-000 | | 995.00 | 2,595.00 |
| 11/22/11 | | To Account #9200******7267 | | 9999-000 | | 995.00 | 1,600.00 |
| 11/22/11 | | To Account #9200******7266 | | 9999-000 | | 800.00 | 800.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 775.00 |
| 01/30/12 | | From Account #9200******5374 | Consolidate | 9999-000 | 995.00 | | 1,770.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 775.00 | 995.00 |
| 02/01/12 | | To Account #9200******5367 | | 9999-000 | | 995.00 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 12,545.00 | 12,545.00 | $0.00 |
| Less: Bank Transfers | 12,545.00 | 12,520.00 | |
| Subtotal | 0.00 | 25.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $25.00 | |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-23204 |
| Case Name: | SHABBONA MASONRY, INC |
| | |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******53-67 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5366 | | 9999-000 | 995.00 | | 995.00 |
| 11/22/11 | | From Account #9200******5966 | | 9999-000 | 995.00 | | 1,990.00 |
| 11/22/11 | | From Account #9200******5966 | | 9999-000 | 995.00 | | 2,985.00 |
| 11/22/11 | | From Account #9200******5966 | | 9999-000 | 400.00 | | 3,385.00 |
| 11/22/11 | | To Account #9200******5970 | | 9999-000 | | 995.00 | 2,390.00 |
| 11/22/11 | | To Account #9200******5971 | | 9999-000 | | 995.00 | 1,395.00 |
| 11/22/11 | | To Account #9200******5366 | | 9999-000 | | 550.00 | 845.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 820.00 |
| 01/30/12 | | From Account #9200******7266 | | 9999-000 | 800.00 | | 1,620.00 |
| 01/30/12 | | From Account #9200******5975 | | 9999-000 | 995.00 | | 2,615.00 |
| 01/30/12 | | From Account #9200******5974 | | 9999-000 | 995.00 | | 3,610.00 |
| 01/30/12 | | From Account #9200******5366 | Consolidate | 9999-000 | 775.00 | | 4,385.00 |
| 01/30/12 | | From Account #9200******5368 | | 9999-000 | 995.00 | | 5,380.00 |
| 01/30/12 | | From Account #9200******5369 | | 9999-000 | 995.00 | | 6,375.00 |
| 01/30/12 | | From Account #9200******5370 | Consolidate | 9999-000 | 995.00 | | 7,370.00 |
| 01/30/12 | | From Account #9200******5371 | Consolidate | 9999-000 | 995.00 | | 8,365.00 |
| 01/30/12 | | From Account #9200******5372 | Consolidate | 9999-000 | 995.00 | | 9,360.00 |
| 01/30/12 | | From Account #9200******5373 | Consolidate | 9999-000 | 995.00 | | 10,355.00 |
| 01/30/12 | | From Account #9200******5375 | Consolidate | 9999-000 | 995.00 | | 11,350.00 |
| 01/30/12 | | From Account #9200******5966 | Consolidate | 9999-000 | 615.00 | | 11,965.00 |
| 01/30/12 | | From Account #9200******5967 | Consolidate | 9999-000 | 995.00 | | 12,960.00 |
| 01/30/12 | | From Account #9200******5968 | Consolidate | 9999-000 | 995.00 | | 13,955.00 |
| 01/30/12 | | From Account #9200******5969 | Consolidate | 9999-000 | 995.00 | | 14,950.00 |
| 01/30/12 | | From Account #9200******5970 | Consolidate | 9999-000 | 995.00 | | 15,945.00 |
| 01/30/12 | | From Account #9200******5971 | Consolidate | 9999-000 | 995.00 | | 16,940.00 |
| 01/30/12 | | From Account #9200******5972 | Consolidate | 9999-000 | 995.00 | | 17,935.00 |
| 01/30/12 | | From Account #9200******5973 | Consolidate | 9999-000 | 930.86 | | 18,865.86 |
| 01/30/12 | | From Account #9200******7267 | Consolidate | 9999-000 | 995.00 | | 19,860.86 |
| 02/01/12 | | From Account #9200******5366 | | 9999-000 | 995.00 | | 20,855.86 |
| 02/24/12 | | The Bank of New York Mellon | Bank and Technology Services Fee<br>Adjustment | 2600-000 | | -25.00 | 20,880.86 |
| 04/12/12 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $96.33, Trustee<br>Expenses;  Reference: | 2200-000 | | 96.33 | 20,784.53 |
| 04/12/12 | 102 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $1,735.00, Attorney<br>for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,735.00 | 19,049.53 |
| 04/12/12 | 103 | DEBORAH K. EBNER | Dividend paid 100.00% on $2,875.92, Trustee<br>Compensation;  Reference: | 2100-000 | | 2,875.92 | 16,173.61 |

| | | | Subtotals : | | $23,420.86 | $7,247.25 | |

{} Asset reference(s)

Printed: 05/29/2012 07:56 PM    V.13.02

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 07-23204 | |
| **Case Name:** | SHABBONA MASONRY, INC | |
| | | |
| **Taxpayer ID #:** | **-***0201 | |
| **Period Ending:** | 05/29/12 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******53-67 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/12/12 | 104 | Bricklayers and Allied Craftworkers Local 74 of IL | Dividend paid  32.37% on $30,876.57; Claim# 7; Filed: $30,876.57; Reference: | 5400-000 | | 9,996.54 | 6,177.07 |
| 04/12/12 | 105 | Laborers Pension and Welfare Funds | Dividend paid  32.37% on $19,079.28; Claim# 12P; Filed: $19,079.28; Reference: | 5400-000 | | 6,177.07 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 23,420.86 | 23,420.86 | $0.00 |
| Less: Bank Transfers | 23,420.86 | 2,540.00 | |
| **Subtotal** | 0.00 | 20,880.86 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $20,880.86 | |

{} Asset reference(s)

Printed: 05/29/2012 07:56 PM    V.13.02

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-23204 |
| Case Name: | SHABBONA MASONRY, INC |
| | |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******53-68 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5366 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | | 9999-000 | | 995.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **995.00** | **995.00** | **$0.00** |
| Less: Bank Transfers | 995.00 | 995.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/29/2012 07:56 PM    V.13.02

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-23204 |
| Case Name: | SHABBONA MASONRY, INC |
| | |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****53-69 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5366 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-23204 |
| Case Name: | SHABBONA MASONRY, INC |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******53-70 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5366 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 05/29/2012 07:56 PM    V.13.02

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 07-23204 | |
| **Case Name:** | SHABBONA MASONRY, INC | |
| **Taxpayer ID #:** | **-***0201 | |
| **Period Ending:** | 05/29/12 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******53-71 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5366 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 12

## Cash Receipts And Disbursements Record

| Case Number: | 07-23204 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | SHABBONA MASONRY, INC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******53-72 - Checking Account |
| Taxpayer ID #: | **-***0201 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/29/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5366 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 05/29/2012 07:56 PM    V.13.02

Exhibit 9

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-23204 |
| Case Name: | SHABBONA MASONRY, INC |
| | |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******53-73 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5366 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 05/29/2012 07:56 PM    V.13.02

Exhibit 9

# Form 2

Page: 14

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 07-23204 | |
| Case Name: | SHABBONA MASONRY, INC | |
| | | |
| Taxpayer ID #: | **-***0201 | |
| Period Ending: | 05/29/12 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******53-74 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5366 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5366 | Consolidate | 9999-000 | | 995.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| Less: Bank Transfers | | 995.00 | 995.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 15

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-23204 |
| Case Name: | SHABBONA MASONRY, INC |
| | |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******53-75 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5366 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 995.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 995.00 | 995.00 | $0.00 |
| Less: Bank Transfers | 995.00 | 995.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

{} Asset reference(s)                                                                                     Printed: 05/29/2012 07:56 PM    V.13.02

Exhibit 9

# Form 2

Page: 16

## Cash Receipts And Disbursements Record

| Case Number: | 07-23204 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | SHABBONA MASONRY, INC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******59-66 - Checking Account |
| Taxpayer ID #: | **-***0201 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/29/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5365 | | 9999-000 | 9,000.00 | | 9,000.00 |
| 11/22/11 | | To Account #9200******5367 | | 9999-000 | | 995.00 | 8,005.00 |
| 11/22/11 | | To Account #9200******5367 | | 9999-000 | | 995.00 | 7,010.00 |
| 11/22/11 | | To Account #9200******5972 | | 9999-000 | | 995.00 | 6,015.00 |
| 11/22/11 | | To Account #9200******5974 | | 9999-000 | | 995.00 | 5,020.00 |
| 11/22/11 | | To Account #9200******5975 | | 9999-000 | | 995.00 | 4,025.00 |
| 11/22/11 | | To Account #9200******5967 | | 9999-000 | | 995.00 | 3,030.00 |
| 11/22/11 | | To Account #9200******5968 | | 9999-000 | | 995.00 | 2,035.00 |
| 11/22/11 | | To Account #9200******5969 | | 9999-000 | | 995.00 | 1,040.00 |
| 11/22/11 | | To Account #9200******5367 | | 9999-000 | | 400.00 | 640.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 615.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 615.00 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 9,000.00 | 9,000.00 | $0.00 |
| Less: Bank Transfers | 9,000.00 | 8,975.00 | |
| Subtotal | 0.00 | 25.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $25.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 17

## Cash Receipts And Disbursements Record

| Case Number: | 07-23204 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | SHABBONA MASONRY, INC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******59-67 - Checking Account |
| Taxpayer ID #: | **-***0201 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/29/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5966 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 18

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-23204 |
| Case Name: | SHABBONA MASONRY, INC |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******59-68 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5966 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 05/29/2012 07:56 PM    V.13.02

Exhibit 9

# Form 2

Page: 19

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 07-23204 | |
| Case Name: | SHABBONA MASONRY, INC | |
| | | |
| Taxpayer ID #: | **-***0201 | |
| Period Ending: | 05/29/12 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******59-69 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5966 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 995.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| Less: Bank Transfers | | 995.00 | 995.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 05/29/2012 07:56 PM    V.13.02

Exhibit 9

# Form 2

Page: 20

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-23204 |
| **Case Name:** | SHABBONA MASONRY, INC |
| **Taxpayer ID #:** | **-***0201 |
| **Period Ending:** | 05/29/12 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******59-70 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5367 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 21

## Cash Receipts And Disbursements Record

| Case Number: | 07-23204 |
|---|---|
| Case Name: | SHABBONA MASONRY, INC |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| Trustee: | DEBORAH K. EBNER (330480) |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******59-71 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5367 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 995.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **995.00** | **995.00** | **$0.00** |
| Less: Bank Transfers | 995.00 | 995.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 22

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-23204 |
| Case Name: | SHABBONA MASONRY, INC |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******59-72 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5966 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 05/29/2012 07:56 PM   V.13.02

Exhibit 9

# Form 2

Page: 23

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-23204 |
| Case Name: | SHABBONA MASONRY, INC |
| | |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******59-73 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/12 | | From Account #9200******5365 | to close | 9999-000 | 930.86 | | 930.86 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 930.86 | 0.00 |
| | | | ACCOUNT TOTALS | | 930.86 | 930.86 | $0.00 |
| | | | Less: Bank Transfers | | 930.86 | 930.86 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 07-23204 | |
| Case Name: | SHABBONA MASONRY, INC | |
| | | |
| Taxpayer ID #: | **-***0201 | |
| Period Ending: | 05/29/12 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******59-74 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5966 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 07-23204 | |
| Case Name: | SHABBONA MASONRY, INC | |
| | | |
| Taxpayer ID #: | **-***0201 | |
| Period Ending: | 05/29/12 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******59-75 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5966 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 26

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-23204 |
| Case Name: | SHABBONA MASONRY, INC |
| | |
| Taxpayer ID #: | **-***0201 |
| Period Ending: | 05/29/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******72-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/11 | | From Account #9200******5366 | | 9999-000 | 800.00 | | 800.00 |
| 01/30/12 | | To Account #9200******5367 | | 9999-000 | | 800.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 800.00 | 800.00 | $0.00 |
| Less: Bank Transfers | 800.00 | 800.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 05/29/2012 07:56 PM    V.13.02

Exhibit 9

# Form 2

Page: 27

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 07-23204 | |
| Case Name: | SHABBONA MASONRY, INC | |
| | | |
| Taxpayer ID #: | **-***0201 | |
| Period Ending: | 05/29/12 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******72-67 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/22/11 | | From Account #9200******5366 | | 9999-000 | 995.00 | | 995.00 |
| 01/30/12 | | To Account #9200******5367 | Consolidate | 9999-000 | | 995.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****53-65** | 21,251.19 | 40.14 | 0.00 |
| **MMA # 9200-*****53-65** | 7.97 | 288.16 | 0.00 |
| **Checking # 9200-*****53-66** | 0.00 | 25.00 | 0.00 |
| **Checking # 9200-*****53-67** | 0.00 | 20,880.86 | 0.00 |
| **Checking # 9200-*****53-68** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****53-69** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****53-70** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****53-71** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****53-72** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****53-73** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****53-74** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****53-75** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****59-66** | 0.00 | 25.00 | 0.00 |
| **Checking # 9200-*****59-67** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****59-68** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****59-69** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****59-70** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****59-71** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****59-72** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****59-73** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****59-74** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****59-75** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****72-66** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****72-67** | 0.00 | 0.00 | 0.00 |
| | $21,259.16 | $21,259.16 | $0.00 |